DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARMELLA FEDERICE,**
Appellant,

v.

**RANDELL C. DOANE, ESQ.,** as Personal Representative of the
Estate of Edward L. Murnighan,
Appellee.

No. 4D19-831

[November 21, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502015CP004742XXXXNB.

Harold E. Wolfe, Jr., of Harold E. Wolfe, Jr., P.A., West Palm Beach, for appellant.

John Farina of Boyes, Farina & Matwiczyk, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and KUNTZ, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***